# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br>  v.<br><br>Brian Weinstein,<br><br>        Defendant. | No. 19 CR 307<br><br>Judge Manish S. Shah |

## ORDER

(00:30)

Change of plea hearing held. Defendant informed of his rights and the charges against him. Defendant enters a plea of guilty to Count 1 of the Indictment, pursuant to a written plea agreement. The court finds the defendant competent to enter a guilty plea, and defendant's guilty plea is knowing, voluntary, and supported by an adequate factual basis. The court accepts the defendant's guilty plea. Enter Plea Agreement. The court enters a finding of guilt as to defendant Brian Weinstein. The parties shall file a status report by 4/28/23 advising when this matter may be set for sentencing. Defendant's conditions of pretrial release remain in place pending sentencing.

ENTER:

March 21, 2023

                                              Manish S. Shah<br>
                                              U.S. District Judge