# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                    Case No.: 1:19–cr–00307

                                                    Honorable Manish S. Shah

Brian Weinstein

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

       MINUTE entry before the Honorable Manish S. Shah: as to Brian Weinstein. Sentencing held. The motion for preliminary order of forfeiture [64] is granted. Enter Order. The court orally pronounces sentence. The court sentences defendant to a 3 year term of probation. The defendant is ordered to pay restitution in the amount of $757,318.88 and a special assessment of $100, due immediately. Judgment order to follow. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.